**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE NATIONAL HEP–CAMP ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EDUCATION )<br>and LINDA MCMAHON, in her official )<br>capacity as the U.S. SECRETARY OF )<br>EDUCATION, )<br>)<br>Defendants. )<br>) | Case No. 1:25-cv-2730 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff the National HEP–CAMP Association (the "Association") respectfully moves for a seven-day extension of time, until **October 3, 2025**, to file a reply brief in support of its pending Motion for Preliminary Injunction. *See* ECF No. 3.

The Association's Motion for Preliminary Injunction seeks relief from the Court directing Defendants the U.S. Department of Education and the Secretary of Education (collectively, "Defendants") to obligate and disburse $52.123 million in fiscal year 2025 funds that Congress appropriated to Defendants to carry out the HEP and CAMP programs. *See* ECF Nos. 3, 5.

Defendants previously requested, without objection by the Association, two extensions of time to respond to the Motion for Preliminary Injunction (ECF Nos. 16, 17); the Court granted the extensions by Minute Orders dated September 4 and September 16, 2025.

Defendants submitted an opposition to the Motion for Preliminary Injunction on September 19, 2025. ECF No. 18 (the "Opposition"). In the Opposition, Defendants stated that they have obligated and expended $46 million on September 15 and 16, 2025, leaving $6.152 million in remaining unobligated and unexpended funds. *Id.* p. 20. Defendants stated that they "will obligate

the remainder before September 30, [2025]." *Id.* p. 32; *id.* p. 22 ("the Department intends to obligate and disburse all of the funds appropriated by Congress" before the end of the 2025 fiscal year on September 30, 2025."); *id.* p. 24 ("The Department … is ensuring that all appropriated funds will be obligated and disbursed before the end of the fiscal year."); *id.* p. 28 ("The Department intends to expend all appropriated funds by September 30..."); *id.* p. 20 (same); *see also* ECF 18-2, ¶12 ("The Department intends to obligate all HEP-CAMP funds appropriated by the 2025 CR by September 30, 2025.").

Pursuant to the Court's September 4, 2025 Minute Order, the Association's reply brief in support of its Motion for Preliminary Injunction is currently due on Friday, September 26, 2025.

In light of the Defendants' assurances in their Opposition that the Department will obligate and expend the remaining $6.152 million on or before September 30, 2025, the Association believes that a short extension of time for Plaintiff to file its reply after that date is appropriate. Accordingly, the Association requests a seven-day extension, until **October 3, 2025,** to submit its reply. The Association has conferred with Defendants, and Defendants do not oppose this motion for extension. Should further developments obviate the need for further briefing, the parties will inform the Court as soon as possible.

Accordingly, the Association respectfully requests that the Court extend the deadline for its reply brief to **October 3, 2025.**

Dated: September 25, 2025

                                            Respectfully submitted,

                                            THOMPSON COBURN LLP

                                            */s/ Brandt P. Hill*
                                            Brandt P. Hill
                                            2311 Highland Ave., Suite 330
                                            Birmingham, AL 35205

P. (202) 585-6929
E. BHill@thompsoncoburn.com

Jayna Marie Rust (D.C. Bar No. 998326)
1909 K Street N.W., Suite 600
Washington, D.C. 20006
P. (202) 585-6929
E. jrust@thompsoncoburn.com

Ollie. A. Cleveland (Admission forthcoming)

Lorrie L. Hargrove (*Pro hac vice*)

2311 Highland Ave., Suite 330
Birmingham, AL 35205
P: (205) 769-4303
E. tcleveland@thompsoncoburn.com
  lhargrove@thompsoncoburn.com

*Counsel for The National HEP-CAMP Association*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 25, 2025, I served the foregoing on all counsel of record using the Court's CM/ECF system or by U.S. Mail at the following addresses:

Christian Dibblee
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
P: (202) 353-20005
E: Christian.R.Dibblee@usdoj.gov

*Counsel for United States*
*Department of Education and Linda McMahon*

        */s/ Brandt P. Hill*
        Brandt P. Hill
        Thompson Coburn LLP
        1909 K Street N.W., Suite 600
        Washington, D.C. 20006
        P. (202) 585-6929
        E. bhill@thompsoncoburn.com

        *Counsel for the National HEP-CAMP Association*