## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE NATIONAL HEP–CAMP ASSOCIATION**,<br>337 Waldo Hall,<br>Corvallis, Oregon 97331<br><br>           Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF EDUCATION and LINDA MCMAHON**, in her official capacity as the U.S. SECRETARY OF EDUCATION, 400 Maryland Avenue, S.W. Washington, D.C. 20202<br><br>           Defendants. | Case No. 1:25-cv-02730-CJN |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff the National HEP–CAMP Association hereby gives notice that this action is voluntarily dismissed without prejudice. Defendants have not served either an answer or a motion for summary judgment in this matter, and dismissal, without prejudice, is therefore proper under Rule 41.

Respectfully submitted,

THOMPSON COBURN LLP

*/s/ Brandt P. Hill*
Brandt P. Hill (Admitted *pro hac vice*)
Lorrie L. Hargrove (Admitted *pro hac vice*)
Ollie. A. Cleveland (Admission forthcoming)
2311 Highland Ave., Suite 330
Birmingham, AL 35205
P:      (205) 769-4303
E.      bhill@thompsoncoburn.com
         lhargrove@thompsoncoburn.com
         tcleveland@thompsoncoburn.com

Jayna Marie Rust (D.C. Bar No. 998326)
1909 K Street N.W., Suite 600
Washington, D.C. 20006
P.     (202) 585-6929

- 2 -

      E.      jrust@thompsoncoburn.com

*Counsel for The National HEP-CAMP Association*

## CERTIFICATE OF SERVICE

I certify that on September 30, 2025, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Brandt P. Hill*
Brandt P. Hill (Admitted *pro hac vice*)
2311 Highland Ave., Suite 330
Birmingham, AL 35205
P:    (205) 769-4303
E.    bhill@thompsoncoburn.com